OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFI
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

**9/17/2015**
**KWARTENG, MICHAEL ODURO** Tr. Ct. No. 1369903
The appellant's pro se petition for discretionary review has this day been received
and filed.

**COA No. 01-13-00909-CR**
**PD-0952-15**

Abel Acosta, Clerk

RETURN
RELEASED
HARRIS COUNTY SHERIFF'S OFFICE

MICHAEL ODURO KWARTENG
SPN# 02331560
HARR

, TX 77002

NGB 77002